■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHIE STOKES, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [40 NYS3d 333]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered November 19, 2014 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment dismissing his petition for a writ of habeas corpus. The appeal has been rendered moot by petitioner's release from custody upon reaching his maximum expiration date (*see People ex rel. Smith v Cully*, 112 AD3d 1316, 1317 [2013], *lv denied* 22 NY3d 864 [2014]; *People ex rel. Reynolds v Artus*, 103 AD3d 1208, 1208-1209 [2013]; *People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]), and the exception to the mootness doctrine does not apply (*see Reynolds*, 103 AD3d at 1209; *Baron*, 94 AD3d at 1410; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). While this Court has the power to convert the habeas corpus proceeding into a CPLR article 78 proceeding, we decline to do so under the circumstances of this case (*see People ex rel. Walker v Dolce*, 125 AD3d 1305, 1305 [2015], *lv denied* 25 NY3d 910 [2015]; *People ex rel. Green v Smith*, 119 AD3d 1451, 1452 [2014]). Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.